Judge:     Samuel J. Steiner
Chapter:   7

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **In Re:**<br><br>**Steve Sarich Jr. and**<br>**Kay Sarich**<br><br>Debtors. | No. 09-18524-SJS<br><br>**STIPULATION FOR ORDER EXTENDING DATE FOR TRUSTEE TO OBJECT TO DISCHARGE** |

## STIPULATION

James Rigby, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case by and through his attorney Edmund J. Wood, and the debtors Steve Sarich Jr. and Kay Sarich by and through their attorney Alan Wenokur, hereby stipulate that the deadline for the Chapter 7 Trustee to file an objection to the debtors' discharge shall be extended from the current date of November 23, 2009 until February 26, 2010.

FOR THE DEBTORS:                              FOR THE TRUSTEE:

*/s/ Alan J. Wenokur*                         */s/ Edmund J. Wood*
_____                       _____
Alan J. Wenokur, WSBA # 16379                 Edmund J. Wood, WSBA #3695
Attorney for Debtors                          Attorney for James Rigby
Steve and Kay Sarich                          Chapter 7 trustee

STIPULATIONTOEXTENDDATE(ajwrevised)

STIPULATION TO EXTEND DATE FOR
OR TRUSTEE TO OBJECT TO DISCHARGE

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

Page 1