Judge: Samuel J. Steiner
Chapter: 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **In Re:**<br><br>**Steve Sarich Jr. and**<br>**Kay Sarich**<br><br>               **Debtors.** | **No. 09-18524-SJS**<br><br>**ORDER EXTENDING DATE FOR TRUSTEE TO OBJECT TO DISCHARGE** |

ORDER

Based upon the stipulation between the trustee and the debtors, the deadline for the Chapter 7 Trustee to object to the debtors' discharge should be and hereby is extended until February 26, 2010. This deadline extension shall not apply to any persons other than the chapter 7 trustee.

DATED:

_____
JUDGE SAMUEL J. STEINER
United States Bankruptcy Court

Presented by:

*/s/ Edmund Wood*
Edmund Wood, WSBA # 3695
Chapter 7 Trustee

Approved for Entry:

   */s/ Alan J. Wenokur*
Alan J. Wenokur, WSBA # 13679
Attorney for debtors
Steve Sarich, Jr. and
Kay Sarich

SARICH - Order to Extend discharge date

ORDER EXTENDING DATE FOR
TRUSTEE TO OBJECT TO DISCHARGE

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382